UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 05-264 |
| v. | : | MAGISTRATE NO. 05-0347M-01 (CR) |
| ROBERT A. MUSCHETTE, | : | VIOLATIONS: 18 U.S.C. §922(g)(1) |
| Defendant. | : | (Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year); 18 U.S.C. §922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |

**ELLEN SEGAL HUVELLE, ESH**

**B**

FILED IN OPEN COURT

JUL 19 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about sometime in April, 2005, within the District of Columbia, **ROBERT A. MUSCHETTE**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F2664-88, and in the U.S. District Court for Prince George's County, Maryland (Greenbelt), 00-CR-446, did unlawfully and knowingly receive and possess a firearm, that is, a Rossi .38 caliber revolver, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about June 19, 2005, within the District of Columbia, **ROBERT A. MUSCHETTE**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F2664-88, and in the U.S. District Court for Prince George's County, Maryland (Greenbelt), 00-CR-446, did unlawfully and knowingly receive and possess a firearm, that is, a Rossi .38 caliber revolver, and did unlawfully and knowingly receive and possess ammunition, that is, .38 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

A TRUE BILL:

FOREPERSON.

Kenneth L. Wainstein
Attorney of the United States in
and for the District of Columbia