IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 0 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
v. ) Criminal Action No. 05-264 (ESH)
)
Robert Moschette )
Defendant. )
)

## ORDER

In this case, defendant was initially detained/indicted on __6/19__,
and therefore, under the Speedy Trial Act, 18 U.S.C. Section 3161, *et seq.*, defendant must be brought to trial on or before __9/14__, unless either side moves to exclude time pursuant to 18 U.S.C. Section 3161(h).

Upon consideration of the status hearing held on __8/3/05__, it is

**ORDERED** that all motions, including any Federal Evidence Rule 404(b) Notice, shall be filed by no later than __8/15__; responses to the motions shall be filed by no later than __8/23__; and replies shall be filed by no later than _____; and it is

**FURTHER ORDERED** that a motion hearing is scheduled for __10/4__, at __9:30__ a.m.; trial is scheduled for __10/4__ at __5:00 p.m.__ before the undersigned Judge; and it is

9/1  1:30 status



**FURTHER ORDERED** that in the event that defense counsel files no motions, it is the government's burden to bring this to the attention of the courtroom deputy, or Judge Huvelle's chambers, so that further proceedings, including an alternate trial date, as appropriate, may be scheduled. *See United States v. Wright,* 6 F.3d 811, 815 (D.C. Cir. 1993).

DATE: 8/3/05

_____
ELLEN SEGAL HUVELLE
United States District Judge