UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Criminal No. 05-264 (ESH) |
| : | |
| **ROBERT MUSCHETTE,** : | |
| : | |
| **Defendant.** : | |

### ORDER

Upon consideration of Defendant's Motion to Suppress Tangible Evidence and finding good cause shown, it is this \_\_ day of _____, 2005, hereby

ORDERED that the motion is GRANTED.

_____
ELLEN S. HUVELLE
DISTRICT COURT JUDGE