UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| **v.** : | **Criminal No. 05-264 (ESH)** |
| : | |
| **ROBERT MUSCHETTE,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of Defendant's Motion to Suppress Statements and Memorandum of Points and Authorities in Support thereof, and finding good cause shown, it is this __ day of _____, 2005, hereby

ORDERED that the motion is GRANTED.

_____
ELLEN S. HUVELLE
DISTRICT COURT JUDGE