UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 05-264(ESH) |
| | : | |
| **ROBERT MUSCHETTE,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S MOTION TO INTRODUCE
### EVIDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 404(b)

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to permit the introduction of prior misconduct on the part of the defendant which is relevant to defendant's intent, knowledge, and absence of mistake, pursuant to Federal Rule of Evidence 404(b) ("Rule 404(b)").  In support of its motion, the government relies on the following points and authorities, and such other points and authorities as may be cited at a hearing on this matter:

### STATEMENT OF FACTS

On or about June 19, 2005, at approximately 4:51 p.m., members of the United States Capitol Police observed a black Lexus bearing a home made Maryland license tag, traveling south bound in the 900 block of South Capitol Street, SW.  The vehicle was being driven by the defendant, Robert Muschette.  When officers approached his vehicle and requested his license and registration, the defendant told them that he had left his license in his hotel, but that he had a Maryland identification card.  A check of law enforcement databases revealed that the defendant had no Maryland permit, and an expired District of Columbia permit.  The check also revealed that the defendant had an outstanding felony bench warrant issued by the District of Columbia Superior

Court. Defendant was arrested, and search incident to arrest revealed a loaded revolver, wrapped in a towel and laying on the rear passenger floor board of the car. The search also revealed a box containing 42 Winchester .38 caliber bullets in the rear passenger door next to the revolver. After waiving his Miranda rights, the defendant said, among other things, that the .38 handgun was registered to his wife, and that he did not know it was in the car.

During the course of their investigation into the above-mentioned incident, it was learned that defendant had been in possession of a firearm on a previous occasion in the District of Columbia after having been convicted of a felony offense. Investigation revealed that on or about April of 2005, that the defendant had worn a Rossi .38 caliber revolver at the New Saint Paul Daycare, 2400 Franklin Street, NE Washington, DC, while picking up his son from the daycare. At that time, the defendant was told that not to come into a daycare with a gun in plain view. However, the defendant replied that he was a security guard and that the firearm was registered. There is no .38 caliber Rossi revolver registered to the defendant in the District of Columbia.

**THE GOVERNMENT INTENDS TO USE RULE 404(b) EVIDENCE IN THIS CASE**

The Government wishes to admit evidence of defendant's 2000 conviction for Possession of a Firearm by a convicted felon, his 1990 conviction for Assault with a Dangerous Weapon, , his 1990 conviction for possession of a prohibited weapon, and his 1990 conviction for wearing and carrying a handgun. At this time, the undersigned Assistant United States Attorney has attempted to order, but not yet obtained the files in these cases, and therefore, cannot provide their underlying facts. Nonetheless, the charges in these cases support a good faith belief on the part of the Government that there is admissible evidence pursuant to Fed. R. Evid. 404(b) to show that the defendant knowingly possessed the gun that was found in his car. As soon as this information is

received, it will be provided to the defense, and the government requests leave to amend this response at that time in order to provide that information.

        Respectfully submitted,

        KENNETH L. WAINSTEIN.
        UNITED STATES ATTORNEY

By: _____
      WANDA J. DIXON
      Assistant United States Attorney
      Organized Crime and Narcotics Trafficking Section
      555 Fourth Street, N.W., Room 4235
      Washington, D.C. 20530
      202/514-6997