UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 05-264(ESH) |
| | : | |
| **ROBERT MUSCHETTE,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Based on the Government's Opposition to Defendant's Motions to Suppress Evidence and Statements, and other reasons as developed at the hearing in this matter, the Defendant's motions are hereby DENIED.

IT IS SO ORDERED.


Date:_____                    _____
                                         The Honorable Ellen S. Huvelle
                                         United States District Judge