

# DISTRICT COURT OF MARYLAND FOR Baltimore City

Located at 1400 E. North Avenue, Baltimore, MD 21213

Case No.: 005B01288250

| STATE OF MARYLAND | VS | MUSCHETTE, ROBERT |
|---|---|---|
| COMPLAINANT: | | LKA: 3012 CHESTERFIELD AVENUE |
| CUMMINGS, TAWANA | | BALTIMORE, MD 21213 |
| 3012 CHESTERFIELD AVENUE | | CC#: 004C17986    SID: |
| BALTIMORE, MD 21213 | | Local ID:    DL#:    DL State: |
| | | Race: 1  Sex: M  Height: 6'0"  Weight: 210  Hair:   Eyes: |
| | | DOB: 08/15/1969  Phone(H):    Phone(W): |

## STATEMENT OF CHARGES

UPON THE FACTS CONTAINED IN THE APPLICATION OF CUMMINGS, TAWANA IT IS FORMALLY CHARGED THAT MUSCHETTE, ROBERT at the dates, times and locations specified below:

| NUM | CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|---|---|---|---|---|
| 001 | 1 1415 | 27 12A | 10 Y &/or $2,500.00 | ASSAULT-SEC DEGREE<br>On or About 03/24/2000 - 03/25/2000<br>3012 CHESTERFIELD AVENUE<br>BALTIMORE, MARYLAND<br>... did assault TAWANA CUMMINGS in the second degree in violation of Article 27, Section 12A, contrary to the form of the act of the assembly in such case made and provided and against the peace, government, and dignity of the state.<br>Against the Peace, Government, and Dignity of the State. |
| 002 | 1 5212 | 27 36B B | 3 Y &/or $2,500.00 | HANDGUN ON PERSON<br>On or About 03/25/2000 - 03/25/2000 at 2:45AM<br>3012 CHESTERFIELD AVENUE<br>BALTIMORE, MARYLAND<br>... did wear, carry and transport a handgun upon and about their person.<br>Against the Peace, Government, and Dignity of the State. |

L. West 10/13/05

Date: 03/25/2000    Time: 8:46 AM    Judicial Officer: _____ 1243

Tracking No. 001001206150    DV

# DISTRICT COURT OF MARYLAND FOR .............................................. (City/County)

LOCATED AT (COURT ADDRESS)

DC Case No: **5B01288250**

RELATED CASES: ..............................

## COMPLAINANT/APPLICANT

Name (Print): Tawana J Cummings
Address (Number and Street): 3012 Chesterfield Ave
City, State, and Zip Code: Baltimore MD 21213
Telephone: 410-485-4971
Agency, Sub-Agency, and I.D. # (Officer Only):

## DEFENDANT

Name (Print): Robert A Muschette
Address (Number and Street): 3012 Chesterfield Ave
City, State, and Zip Code: Baltimore MD 21213
Telephone:
CC#: 4C17986

**DEFENDANT'S DESCRIPTION:** Driver's License # ..............
Sex M  Race B  Ht 6'6  Wt 210
Hair BR  Eyes BR  Complexion Light  Other ..  D.O.B. Aug. 15, 1969  ID ..

## APPLICATION FOR STATEMENT OF CHARGES

Page 1 of 31

I, the undersigned, apply for a statement of charges and a summons or warrant which may lead to the arrest of the above named Defendant because on or about **March 25, 2000** Date at **3012 Chesterfield Ave Baltimore MD 21213 2:45** Place, at approx time 2:45 AM the above named Defendant

(Concise statement of facts showing that there is probable cause to believe that a crime has been committed and that the Defendant has committed it):

Came in to my home after he had be at work securing Club 320. I was upstairs in my bedroom when Robert came up stairs & proceeded to pack a over-night bag. I told him I was letting him go due to fact that he had so many women pregnant & had lied to me so many times. Robert pointed in the middle

(Continued on attached .......... pages) (DC/CR 1A)

I solemnly affirm under the penalties of perjury that the contents of this Application are true to the best of my knowledge, information and belief.

.............. Date  .............. Officer's Signature

I have read or had read to me and I understand the Notice on the back of this form.

Subscribed and sworn to before me this **25th** day of **March**, 20**00**
Applicant's Signature: X Tawana J Cummings

Time: **8:45 AM**  Judge/Commissioner: .............. I.D. 243

I understand that a charging document has been issued and that I must appear for trial ☐ on .......... Date
at .......... Time, ☑ when notified by the Clerk, at the Court location shown at the top of this form.

Applicant's Signature: X Tawana J Cummings

☐ I declined to issue a charging document because of lack of probable cause.

.............. Date  .............. Commissioner  I.D.

**Witnesses' Names and Addresses:**

| Name | Number and Street/Agency/Sub-agency/I.D. | City, State, Zip |
|---|---|---|
| | | |
| | | |
| | | |

DC/CR 1 (Rev. 8/94)    Tr. # 001001206150    COURT COPY



DISTRICT COURT OF MARYLAND FOR ............................................. (City/County)

LOCATED AT (COURT ADDRESS)

DISTRICT COURT CASE NUMBER

DEFENDANT'S NAME (LAST, FIRST, M.I.)

**APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)**   Page ____ of ____

of my head & pushed me onto the Bed & said I Told his boss stuff about him. He Then Took my Pictures off the wall & throw them out of the second story window. We argued about the women & I showed him their phone #'s. He snatched the paper & tore it up & threw it at me so I throw my shorts at him he throw them back calling me all of these Names we cont. to argue & I pushed his bag of off my Bed. Then He grabbed my Leg pulled me to him. Grabbed me around my Neck & breaking my Necklace & ripping my Shirt. He held me down on the floor & hit me {open hand} on the side of my face & head. He then throw me back across the Room pulled out a gun & proceeded to walk out of the room. Down the stairs & out the front door. He is no longer living in my Home. Robert pulled the gun from the back of his Jacket

March 26, 00
Date

Applicant's Signature

DC/CR 1A (Rev. 8/94)

Tr. #001001206150

PAGE 1
Room: 0005
Date:   06/02/2000
Time:  11:22 am



## DISTRICT COURT OF MARYLAND FOR   Baltimore City
Located at 1400 E. North Ave, Baltimore, MD 21213-1400

Case No. 5B01288250

STATE OF MARYLAND         VS         MUSCHETTE, ROBERT
3012 CHESTERFIELD AVENUE
BALTIMORE, MD, 212130000

CC #:004C17986   SID:0001145964   Loc I.D.
Eyes:        Hair:
Race: 1     Sex: M     Height: 6'00"     Weight: 210
DOB: 08/15/1969

### DEFENDANT TRIAL SUMMARY

The above case was heard today, 06/02/2000 by Judge THEODORE B. OSHRINE.

The Court's finding is as follows:

001  ASSAULT-SEC DEGREE           Plea - NOT GUILTY           Verdict - GUILTY
  Sentence  2 yrs., Suspended  2 yrs..
  Probation for  2 yr.,  commencing today, to be supervised by the Division of Parole and Probation.
  Criminal fine $250.00

002  HANDGUN ON PERSON           Plea - OTHER PLEA           Verdict - NOLLE PROSEQUI

Criminal costs $20.00;   CICF $35.00.

**Total criminal fines and costs $305.00,  $305.00 deferred, to be paid through the Division of Parole and Probation by 07/05/2000.**

I UNDERSTAND THE VERDICT AND SENTENCE OF THE COURT AND PROMISE TO COMPLY AS ORDERED:

To make payment(s) of fines and costs as set forth through the Division of Parole and Probation located at 2100 GUILFORD AVENUE INTAKE UNIT BALTIMORE MARYLAND 21218.

To observe and follow all conditions of probation as indicated above and/or on the attached Defendant Probation Summary.

The Division of Parole and Probation is located at  2100 GUILFORD AVENUE INTAKE UNIT BALTIMORE MARYLAND 21218.

06/02/2000    Defendant _____( MUSCHETTE, ROBERT )

FAILURE TO COMPLY WITH ANY OF THE REQUIREMENTS ORDERED BY THE COURT MAY RESULT IN A WARRANT BEING ISSUED FOR YOUR ARREST AND/OR, IF THE VIOLATION IS A MOTOR VEHICLE OFFENSE, YOUR DRIVER'S LICENSE BEING SUSPENDED.

Tracking No. 001001206150

# NOTICE OF ADVICE OF RIGHT TO COUNSEL

**TO THE PERSON CHARGED:**
1. You have been charged with committing a crime.
2. If you have been arrested, you have the right to have a judicial officer decide whether you should be released from jail until your trial.
3. You have the right to have a lawyer.
4. A lawyer can be helpful to you by:
   (A) explaining the charges against you;
   (B) telling you the possible penalties;
   (C) helping you at trial;
   (D) helping you protect your constitutional rights;
and
   (E) helping you to get a fair penalty if convicted.
5. Even if you plan to plead guilty, a lawyer can be helpful.

____6. If you want a lawyer but do not have the money to hire one, the Public Defender may provide a lawyer for you. The court clerk will tell you how to contact the Public Defender.

____7. If you want a lawyer but you cannot get one and the Public Defender will not provide one for you, contact the court clerk as soon as possible.

____**8. DO NOT WAIT UNTIL THE DATE OF YOUR TRIAL TO GET A LAWYER.**
If you do not have a lawyer before the trial date, you may have to go to trial without one.

____**CASE# 005B01288250**

| CHG/CIT | STATUTE | | CHG/CIT | STATUTE |
|---|---|---|---|---|
| 001 | 2712A | | 002 | 2736BB |

## RECEIPT

I have read or have had read to me the contents of the above notice and acknowledge receipt of a copy thereof.

Date: 4/29/00

Signature of Defendant

Date

Judge/Commissioner