UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No.: 05-264(ESH) |
| : | |
| **ROBERT MUSCHETTE,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Based on the Government's Response to the Defendant's Motion regarding the applicability of 18 U.S.C §924, the submissions of the parties, and any other reasons that are apparent to the Court, or developed at a hearing in this matter, the Defendant's motion is hereby DENIED.

IT IS SO ORDERED.


Date:_____                              _____
                                                    The Honorable Ellen S. Huvelle
                                                    United States District Judge