**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.: 05-264(ESH)** |
| | : | |
| **ROBERT MUSCHETTE,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S RESPONSE TO DEFENSE MOTION**
**REGARDING APPLICABILITY OF 18 U.S.C. § 924(e)WITH 2nd ATTACHMENT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this second attachment to its submission in response to the defense motion regarding the applicability of 18 U.S.C. §924(e). This document was faxed to the government by the Baltimore City Clerk's Office, and should have been an attachment to the government's submission from the Baltimore Court file regarding this case.

Respectfully submitted,

KENNETH L. WAINSTEIN.
UNITED STATES ATTORNEY

By:  _____
      WANDA J. DIXON
      Assistant United States Attorney
      Organized Crime and Narcotics Trafficking Section
      555 Fourth Street, N.W., Room 4122
      Washington, D.C. 20530
      202/514-6997