

# DISTRICT COURT OF MARYLAND FOR Baltimore City

**Case No.: 005B01288250**

MUSCHETTE, ROBERT
~~3012 CHESTERFIELD AVENUE~~
~~BALTIMORE, MD 21213-0000~~

920 ST. Paul ST.
Balto, Md 21218

DOB: 08/15/1969   Sex: M
Height: 6'00"     Weight: 210
CC#: 004C17986    Hair:
Local ID:         Eyes:
Arr.Off.:

## PRE-TRIAL DOCKET

DEFENSE ATTY: _____    STATE'S ATTY: _M.Wath_____

☐ DEFENDANT W/O COUNSEL   ☐ INFORMED DEFENDANT OF RIGHT TO, AND IMPORTANCE OF, COUNSEL
☐ ADVISED DEFENDANT THAT MAKING NEXT APPEARANCE WITHOUT COUNSEL COULD BE A WAIVER
☐ MADE CERTAIN THE DEFENDANT RECEIVED A COPY OF THE CHARGING DOCUMENT
☐ ADVISED DEFENDANT OF NATURE OF CHARGES AND ALLOWABLE PENALTIES    ☐ POSTPONED THE CASE

JUDGE: _____    DATE: _____

☐ DEFENDANT W/O COUNSEL  ☐ NO MERITORIOUS REASON  ☐ DETERMINED WAIVER  ☐ DEF. EXPRESSLY WAIVED RIGHT
☐ CONDUCTED A WAIVER INQUIRY UPON THE DEF'S EXPRESSED DESIRE TO WAIVE COUNSEL, COMPLYING W/RULE 4-215
☐ DEFENDANT REPRESENTED BY   ☐ PA   ☐ PD   ☑ SELF   ☐ JURY TRIAL PRAYED   ☑ JURY TRIAL WAIVED 6/21/05
☐ DEFENDANT FTA   ☐ BENCH WARRANT   ☐ BOND FORFT'D   ☐ RECOG REVOK'D   ☐ NEW BOND $_____
☐ COMMISSIONER TO SET   ☐ NO BOND   ☐ RETURN THIS COUNTY   ☐ WARRANT RECALLED _____

JUDGE: _____    DATE: _____

☐ DEFENDANT FTA   ☐ BENCH WARRANT   ☐ BOND FORFT'D   ☐ RECOG REVOK'D   ☐ NEW BOND $_____
☐ COMMISSIONER TO SET   ☐ NO BOND   ☐ RETURN THIS COUNTY   ☐ WARRANT RECALLED _____

JUDGE: _____    DATE: _____

☐ POSTPONED CASE UPON   ☐ DEF. REQ   ☐ STATE REQ   ☐ COURT INITIATIVE   NEW DATE: _____
JUDGE: _____    DATE: _____

☐ POSTPONED CASE UPON   ☐ DEF. REQ   ☐ STATE REQ   ☐ COURT INITIATIVE   NEW DATE: _____
JUDGE: _____    DATE: _____

☐ POSTPONED CASE UPON   ☐ DEF. REQ   ☐ STATE REQ   ☐ COURT INITIATIVE   NEW DATE: _____
JUDGE: _____    DATE: _____

☐ POSTPONED CASE UPON   ☐ DEF. REQ   ☐ STATE REQ   ☐ COURT INITIATIVE   NEW DATE: _____
JUDGE: _____    DATE: _____

DEF. COMMITTED TO DHMH   ☐ HG 8-510   ☐ HG 9-701   ☐ HG 12-104   ☐ HG 12-105b   ☐ HG 12-110   ☐ HG 12-111
☐ FINDING INCOMP. CODE: _____

JUDGE: _____    DATE: _____

## CHARGES AND DISPOSITION DOCKET
(SEE ATTACHED SHEETS)

BEFORE SENTENCING:   ☐ EVALUATION ORDERED
                     ☐ INVESTIGATION ORDERED: SUB CURIA UNTIL _____ 19____
☐ UPON CONVICTION FINGERPRINTING BY _____, ORDERED

JUDGE: _____    DATE: _____

**Tracking No. 001001206150**                                          DV

## PRE-TRIAL DOCKET