UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 3 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 05-0264 (ESH) |
| ROBERT MUSCHETTE, | ) |
| Defendant. | ) |

### ORDER

For the reasons stated in open court on October 26, 2005, the Court has ruled that defendant's June 2000 conviction for assault in Baltimore District Court cannot serve as a predicate offense under 18 U.S.C. § 924(e) because there was no valid waiver of his right to counsel as required by *Custis v. United States*, 511 U.S. 485 (1994). *See also Johnson v. Zerbst*, 304 U.S. 458 (1936); *United States v. Klat*, 156 F.3d 1258 (D.C. Cir. 1998).

**SO ORDERED**.

ELLEN SEGAL HUVELLE
United States District Judge

Date: October 27, 2005