UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Criminal No. 05-264 (ESH) |
| : | |
| **ROBERT MUSCHETTE,** : | |
| : | |
| **Defendant.** : | |

**MOTION TO CONTINUE SENTENCING AND**
**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Mr. Robert Muschette, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing hearing scheduled for January 19, 2006. In support of this motion, counsel states:

1. Counsel received the final presentence report on Wednesday, January 11, 2006. However, because counsel was in trial that week and had two hearings on January 17th, counsel has been unable to adequately prepare for the sentencing hearing and prepare objections to the report and a sentencing memorandum.

2. Counsel spoke with government counsel, Assistant United States Attorney Wanda Dixon, who stated that the government has no objection to this motion.

3. Both parties are available for a sentencing hearing in this matter on February 3, 2006, or February 10, 2006.

WHEREFORE, for the foregoing reasons, Mr. Muschette respectfully moves this Honorable Court to continue the sentencing hearing scheduled for January 19, 2006.

        Respectfully submitted,

           /s/

        _____
Mary Manning Petras
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.   20004
(202) 208-7500