UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Criminal No. 05-264 (ESH)** |
| | : | |
| **ROBERT MUSCHETTE,** | : | |
| | : | |
| **Defendant.** | | |

**ORDER**

Upon consideration of defendant's motion and finding good cause shown it is this \_\_ day of January, 2006, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the January 19, 2006, sentencing hearing is VACATED; and it is further

ORDERED that the sentencing hearing in this matter is scheduled for _____.

_____
The Honorable Ellen Segal Huvelle