UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA       :
                               :
        Plaintiff,             :
                               :
        v.                     :   Criminal No. 05-264 (ESH)
                               :
ROBERT MUSCHETTE,              :
                               :
        Defendant.             :

ORDER

Upon consideration of defendant's motion and finding good cause shown it is this 18 day of January, 2006, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the January 19, 2006, sentencing hearing is VACATED; and it is further

ORDERED that the sentencing hearing in this matter is scheduled for February 10, 2006 at 10:00 am

E S Huck
The Honorable Ellen Segal Huvelle