UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No.: 05-264(ESH) |
| : | |
| **ROBERT MUSCHETTE,** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S SUPPLEMENTAL SUBMISSION
## IN SUPPORT OF SENTENCING HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits the attached document to be considered along with its submission in support of the sentencing hearing in this case. The United States submitted a compact disc recording of the defendant's telephone conversations from the jail to the court and to counsel in this case. The attached document is the jail record explaining the date and time that the calls were made.

For these reasons and any other reasons to be stated at the hearing on this matter, the government requests that the Court consider the threatening nature of the messages the defendant has left for a potential government witness in fashioning an appropriate sentence in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN.
UNITED STATES ATTORNEY

By: _____

 WANDA J. DIXON
Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 Fourth Street, N.W., Room 4122
Washington, D.C. 20530
202/514-6997