## CCA CTF INMATE DISCIPLINARY REPORT

**Inmate's Name:** ROBERT A. MUSCHETTE
**CCA #:** 232-201    **Other:**
**Offense # and Title:** THREATENING CONDUCT 103.10a
**Date of Offense:** DISCOVERED 9 NOV 2005    **Time of Offense:** 1400
**Location of Offense:** UNIT C3A    **#** I/A OFFICE
**Inmate Detained For:** DC-DC
**Description of Offense:** ON 9 NOV 05 INMATE MUSCHETTE WAS DISCOVERED TO HAVE PLACED TWO ILLEGAL THREE WAY PHONE CALLS THROUGH (301) 8940013 TO (202) 4526173 WHERE THREATS WERE MADE ON Nov 2nd @ 9:09PM & Nov 5th @ 9:15PM.
**Staff Involved:** N/A

**Inmates Involved:** NOTED

**Reporting Employee's Name and Title:** [redacted]
**Prepared: Date:** 9 NOV 2005    **Time:** 1415
**Employee's Signature:** [redacted]    **Supervisor's Signature:** [redacted]

### ADVISEMENT OF RIGHTS:
*By signing below, the accused inmate indicates the rights he/she desires and is not an admission of guilt.*

1. Does the accused inmate wish to have a Staff Advisor?    Yes ___ No ___
   If yes, Staff Advisor's Name: ___

2. Does the accused inmate wish to call voluntary witnesses to testify on his/her behalf?    Yes ___ No ___
   If yes, name and case or arrest number of witnesses:

3. Does the accused wish to waive the right to a hearing?    Yes ___ No ___
   If YES, does the accused inmate plead guilty to the charge?    Yes ___ No ___
   Date set for hearing: ___

4. Does the inmate wish to waive the right to 24 hours notice of charges?    Yes ___ No ___

   Inmate's Signature ___

   ACCUSED INMATE RECEIVED A COPY OF REPORT:

   Inmate Signature ___    Date and Time ___

   Staff Serving Notice of Charges ___    Date and Time ___