UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-264 (ESH)** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **ROBERT MUSCHETTE** | : | |

**NOTICE OF INTENT TO SUBMIT EXHIBIT**

  The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully notifies defendant and the Court of its intent to submit a copy of records from the District of Columbia Department of Corrections for case number F-2664-88, defendant Robert Muschette, as an exhibit in the sentencing hearing in the above-captioned case. Since the document is approximately 100 pages long, it will be provided to the Court and to the defense by hand delivery, and will not be submitted in an electronic filing.

           Respectfully submitted,

           KENNETH L. WAINSTEIN.
           UNITED STATES ATTORNEY


  By:    /s/
      WANDA J. DIXON
      Assistant United States Attorney
      Organized Crime and Narcotics Trafficking Section
      555 Fourth Street, N.W., Room 4122
      Washington, D.C. 20530
      202/514-6997